
EOD
02/22/2018

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| **In Re:** ) | |
| ) | **CASE No. 16-42066** |
| **JAE MOO CHOI AND JUNG H. CHOI** ) | |
| **8900 Independence Parkway, Apt. 7201** ) | **CHAPTER 11** |
| **Plano, TX 75025** ) | |
| ) | |
| **Debtors.** ) | |

## AGREED ORDER GRANTING
## UNITED STATES OF AMERICA'S MOTION TO DISMISS

The Court has considered the Motion of the United States of America to dismiss this case and the agreement of the parties to dismiss. Based upon the Motion and the agreement of the parties to dismissal of the case, the Court is of the opinion that the Motion should be GRANTED. Accordingly, it is hereby,

ORDERED that this case is DISMISSED. The Debtors are further ORDERED to pay all United States Trustee fees due and owing pursuant to 11 U.S.C. § 1930(a)(6) within ten days of the date of entry of this order.

SO ORDERED AND ADJUDGED.

Signed on 2/22/2018

*Brenda T. Rhoades*    SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

AGREED TO IN FORM AND SUBSTANCE:

\_\_\_/s/ Ruth Harris Yeager_____
Ruth Harris Yeager
Texas State Bar No. 09092700
Assistant U.S. Attorney
110 N. College St., Ste. 700
Tyler, TX 75702
Phone: 903.590.1400
Fax: 903.590.1436
Em: ruth.yeager@usdoj.gov

ATTORNEY FOR UNITED STATES o/b/o INTERNAL REVENUE SERVICE


\_\_/s/ Eric Liepins_____
Eric Liepins
Texas State Bar No. 12338110
12770 Coit Road, Ste. 1100
Dallas, TX 75251
Phone: 972-991-5591
Fax: 972-991-5788
Em: eric@ealpc.com

COUNSEL FOR DEBTORS